UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

Plaintiff,

v.

Aparecido Donizetti Padovan,

Defendant.

Case No 0:26-cr-00172-LMP-JFD-1

**NOTICE OF APPEARANCE**

---

The undersigned attorney hereby notifies the Court and counsel that Joseph T. Dixon, III of the law firm of Fredrikson & Byron, P.A., 60 South Sixth Street, Suite1500, Minneapolis, MN 55402 shall appear as counsel of record for Defendant Aparecido Donizetti Padovan in this case.

Dated: September 30, 2026

*s/Joseph T. Dixon*
Joseph T. Dixon, III (0283903)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: 612.492.7258
Email:jdixon@fredlaw.com

***Attorney for Defendant***

#93078693v1